## No. 8314.

### THE STATE OF LOUISIANA EX REL. J. W. HALLISY VS. WILLIAM VOORHIES, JUDGE OF THE SECOND CITY COURT OF NEW ORLEANS.

This Court, by virtue of the authority to it granted by Article 90 of the Constitution, orders the judge of the Second City Court to hear the evidence and pass upon the Exception to his jurisdiction, before proceeding further in the case.

ON application for Writs of *Certiorari* and Prohibition.

*R. Dalton* for the Relator.

The opinion of the Court was delivered by

BERMUDEZ, C. J. Considering that, under the showing made, the defendant judge should have heard and passed upon the evidence seasonably offered by the relator on the trial of the exception to the jurisdiction of the court *ratione materiœ*, to show that the *value* of the things in dispute exceeds one hundred dollars, and that no further proceedings should be had in the case until after the evidence shall have been heard and the exception passed upon, C. P. 857, 333, Const. Art. 90, 32 An. 549, 553,

It is ordered that the decree of the City Court overruling the exception be avoided and set aside; that the exception be reinstated and set for trial; that the defendant judge be directed to hear the evidence offered by the relator in the case mentioned in the petition, and after hearing the same, to pass upon the exception in conformity with law, and that the prohibition herein issued *in limine* be perpetuated at defendant's cost.